**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

DOUGLAS M. JACKSON, SR.,
#823916,
    Plaintiff,

vs.                                      Case No.:  3:06cv133/MCR/EMT

JEB BUSH, et al.,
    Defendants.
_____/

**O R D E R**

    This cause comes on for consideration upon the magistrate judge's report and recommendation dated April 3, 2006.  Plaintiff has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a _de novo_ determination of any timely filed objections.

    Having considered the report and recommendation, and any objections thereto timely filed, I have determined that the report and recommendation should be adopted.

    Accordingly, it is now **ORDERED** as follows:

    1.  The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

    2.  Plaintiff's Emergency Motion for Court's Protection from Defendants' Ongoing Imminent Danger Attacks (Doc. 6) is **DENIED**.

    **DONE AND ORDERED** this 26th day of April, 2006.

                                                        s/ _M. Casey Rodgers_
                                                        **M. CASEY RODGERS
                                                        UNITED STATES DISTRICT JUDGE**