**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

DOUGLAS M. JACKSON, SR.,
#823916,
    Plaintiff,

vs.                                                    Case No.:  3:06cv133/MCR/EMT

JEB BUSH, et al.,
    Defendants.
_____/

**O R D E R**

    This cause comes on for consideration upon the magistrate judge's report and recommendation dated April 10, 2006.  Plaintiff has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a de novo determination of any timely filed objections.

    Having considered the report and recommendation, and any objections thereto timely filed, I have determined that the report and recommendation should be adopted.

    Accordingly, it is now **ORDERED** as follows:

    1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

    2. Plaintiff's "Motion for Order Directing Defendants to Issue Plaintiff's F.A.C. 33-103 Grievance Forms" and "Emergency Motion to Invoke Court's Protective Jurisdiction Over Plaintiff's Imminent Dangers of Serious Physical Injuries" (Docs. 11, 12) are **DENIED**.

    **DONE AND ORDERED** this 26th day of April, 2006.

                                                    s/ *M. Casey Rodgers*
                                                 **M. CASEY RODGERS
UNITED STATES DISTRICT JUDGE**