**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

DOUGLAS M. JACKSON, SR.,
#823916,
    Plaintiff,

vs.                                          Case No: 3:06cv133/MCR/EMT

JEB BUSH et al.,
    Defendants.
_____/

**O R D E R**

      This cause comes on for consideration upon the magistrate judge's report and recommendation dated May 11, 2006.  Plaintiff has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a <u>de novo</u> determination of any timely filed objections.

      Having considered the report and recommendation, and any objections thereto timely filed, I have determined that the report and recommendation should be adopted.

      Accordingly, it is now **ORDERED** as follows:

      1.  The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

      2.  Plaintiff's claims against Defendants Kennedy, Daughtry, Cassiday, Bush, Crist, McDonough, Abdul-Wasi, Kirkland, and Porter under the First, Eighth, and Fourteenth Amendments and RLUIPA are **DISMISSED WITH PREJUDICE** for failure to state a claim, pursuant to 28 U.S.C. § 1915(e)(2)(b)(ii).

      3.  Plaintiff's remaining claims are **DISMISSED WITHOUT PREJUDICE** for failure to state a claim, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii), such dismissal being without

prejudice to Plaintiff's filing a new action asserting his claims after he has exhausted his administrative remedies.

    4.  All pending motions are **DENIED** as moot.

    **DONE AND ORDERED** this 9th day of August, 2006.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**